

# COMMERCIAL RECOVERY SYSTEMS
Leading the way with results

September 09, 2002

David Barchanowic
PO Box 69
Pine Level, AL 36065-0069

Re: Daimler Chrysler/ Mercedes
Acct: 012005603301200011 ( 1599573 ) 39
Initial Balance: $ 50,456.84

Dear David:

As an authorized representative of Daimler Chrysler/ Mercedes, Commercial Recovery Systems, Inc. will accept $10,000.00 as full and final settlement on the above referenced account. No further funds will be due. This offer will be extended through September 12, 2002 after which time the full balance will be due.

In addition, all derogatory credit information regarding this account will reflect the account to be settled. Please allow ninety (90) days for credit information to be updated.

This settlement is being made with the mutual understanding that the debt is not currently secured.

Sincerely,

Gloria Culpepper
Collection Manager

GC:jrl

cc: Daimler Chrysler/ Mercedes

This is an attempt to collect a debt.
Any information obtained will be used
for that purpose.

8035 E. R. L. Thornton Suit 220 • Dallas, TX 75228 • 1-800-214-7801, 214-321-7801 FAX #214-319-9673



PLAINTIFF'S EXHIBIT A