# SELECTRUCKS of Atlanta


P.O. Box 697
333 Industrial Blvd.
McDonough, GA 30253
770-957-1997
800-999-2512


P.O. Box 218 (30298)
5884 Frontage Road
Forest Park, GA 30297
404-366-8040
800-241-7780

TO WHOM IT MAY CONCERN:

This is to verify that _David Barchanowicz_ has voluntarily turned his
(Name)

_99 C120 A10567_
(Year, Make, Serial Number)

over to Mercedes Benz Credit Corporation. The Truck will be parked at SelecTrucks of Atlanta, 333 Industrial Blvd., McDonough, Georgia 30253 for Mercedes Benz to pick up

_David Barchanowicz_   _12/01/01_
(Name)                        (Date)

_Clyde Cunningham_   _12/1/1_
(SelecTrucks Representative)   (Date)

PLAINTIFF'S EXHIBIT B