

# COMMERCIAL RECOVERY SYSTEMS
*Leading the way with results*

August 5, 2003

David Barchanowicz
P.O. Box 69
Pine Level, AL 36065

Re: Daimler Chrysler / Mercedes
Acct: 01200560330120001 (1599573) 500
Initial Balance: $50,456.84

Dear David:

As an authorized representative of Daimler Chrysler / Mercedes, Consumer Recovery Systems, Inc. has accepted $10,000.00 as full and final settlement on the above referenced account. No further funds will be due.

In addition, all derogatory credit information regarding this account will reflect the account to be settled. Please allow ninety (90) days for credit information to be updated.

Sincerely,

*Gloria Culpepper*

Gloria Culpepper
Collection Manager

GC:aaf

cc: Daimler Chrysler / Mercedes

This is an attempt to collect a debt.
Any information obtained will be used
for that purpose.

8035 E. R.L. Thornton, Suite 220 • Dallas, TX 75228 • 1-800-214-7801, 214-321-7801, FAX #214-319-9673

PLAINTIFF'S EXHIBIT
C