AVSO300                ALABAMA JUDICIAL DATA CENTER
                          HOUSTON      COUNTY

                            SUMMONS
                                               CV 2005 000680.00

------------------------------------------------------------

              IN THE CIRCUIT  COURT OF  HOUSTON      COUNTY
DAVID T & LELAND BARCHANOWICZ V FREIGHTLINER TRUCKS OF DOTHAN, ET AL
       SERVE ON: (D002)

                                    PLAINTIFF'S ATTORNEY

       DAIMLER-CHRYSLER SERVICES NORT    MCCAIN GREGORY BRITTON
       REG AGT:THE CORP COMPANY          P.O. BOX 1331
       2000 INTERSTATE PK DR/204
       MONTGOMERY    ,AL  36109-0000     DOTHAN       ,AL  36302-0000
------------------------------------------------------------
TO THE ABOVE NAMED DEFENDANT:
  THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST
TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS, YOU OR YOUR ATTORNEY ARE
REQUIRED TO MAIL OR HAND DELIVER A COPY OF A WRITTEN ANSWER, EITHER
ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT TO THE PLAINTIFFS
ATTORNEY(S) SHOWN ABOVE OR ATTACHED:

  THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS
AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGEMENT BY DEFAULT MAY BE
ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.
YOU MUST ALSO FILE THE ORIGINAL OF YOUR ANSWER WITH THE COURT BELOW.
------------------------------------------------------------

  (X) TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY EITHER RULES 4.1(B)(2) OR
      4.2(B)(2) OR 4.4(B)(2) OF THE ALABAMA RULES OF CIVIL PROCEDURE:
      YOU ARE HEREBY COMMANDED TO SERVE THIS SUMMONS AND A COPY OF THE
      COMPLAINT IN THIS ACTION UPON DEFENDANT.

  ( ) THIS SERVICE BY CERTIFIED MAIL OF THIS SUMMONS IS INITIATED UPON THE
      WRITTEN REQUEST OF _____ PURSUANT TO RULE 4.1(C)
      OF THE ALABAMA RULES OF CIVIL PROCEDURE.

                                       Judy Byrd, Clerk
  DATE: 11/18/2005         CLERK:JUDY BYRD            BY: CB
                           P.O.DRAWER 6406
                           DOTHAN  AL  36302

------------------------------------------------------------

    RETURN ON SERVICE:
  ( ) CERTIFIED MAIL RETURN RECEIPT IN THIS OFFICE ON (DATE) _____
      (RETURN RECEIPT HERETO ATTACHED)

  ( ) I CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE SUMMONS AND

      COMPLAINT TO _____

      IN _____ COUNTY, ALABAMA ON (DATE) _____

  _____    _____
  DATE                                SERVER SIGNATURE

  _____    _____
  SERVER ADDRESS                      TYPE OF PROCESS SERVER

------------------------------------------------------------
OPERATOR: COB
PREPARED: 11/18/2005