IN THE CIRCUIT COURT OF HOUSTON COUNTY, ALABAMA

| | |
|---|---|
| DAVID T. and LELAND J. BARCHANOWICZ,<br><br>Plaintiffs,<br><br>v.<br><br>FREIGHTLINER TRUCKS OF DOTHAN, INC., DAIMLERCHRYSLER SERVICES NORTH AMERICA LLC, et al.,<br><br>Defendants. | CASE NO. CV-05-680W<br><br>2:05cv1232 |

## NOTICE TO CLERK OF FILING NOTICE OF REMOVAL

TO:   Judy Byrd, Clerk of Court
      Circuit Clerk of Houston County, Alabama
      P.O. Drawer 6406
      Dothan, Alabama  36302-6406

Notice is hereby given that, pursuant to the provisions of 28 U.S.C. § 1332, 1441, and 1446, the Defendant, DaimlerChrysler Services North America LLC (hereinafter "DCS"), has on this the 28th day of December 2005, filed, in the United States District Court for the Middle District of Alabama, Southern Division, the Notice of Removal to remove Civil Action No. CV-05-680W from the Circuit Court of Houston County, Alabama, to the United States District Court for the Middle District of Alabama, Southern Division. Copies of the Notice of Removal and the Notice to Plaintiffs are attached hereto.

Respectfully submitted,

_____
C. Lee Reeves (Bar No. REEVESCL)
Attorney for Defendant
DaimlerChrysler Services North America LLC

DOCSBHM\1369355\1\

OF COUNSEL:

**SIROTE & PERMUTT, P.C.**
2311 Highland Avenue South
Post Office Box 55727
Birmingham, AL 35255-5727
Tel.:   (205) 930-5100
Fax:    (205) 930-5335

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been served upon the following counsel for all parties to this proceeding by mailing a copy of same United States mail, properly addressed and first-class postage prepaid, this the 28th day of December 2005:

Gregory B. McCain, Esq.
Law Offices of Gregory B. McCain, P.C.
204 N. Lena Street
P.O. Box 1331
Dothan, AL  36302

W. Todd Harvey, Esq.
Whatley Drake, L.L.C.
2323 2nd Avenue North
Birmingham, AL  35203

David E. Rains, Esq.
Tanner & Guin LLC
2711 University Blvd.
P.O. Box 3206
Tuscaloosa, AL  35403-3206

Freightliner Trucks of Dothan, Inc.
c/o Thomas Bledsoe
105 Bayberry Lane
Dothan, AL  36305

_____
Of Counsel