IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DAVID T. and LELAND J. BARCHANOWICZ,<br><br>Plaintiffs,<br><br>v.<br><br>FREIGHTLINER TRUCKS OF DOTHAN, INC., DAIMLERCHRYSLER SERVICES NORTH AMERICA LLC, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CASE NO. 1:05cv1232<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE TO PLAINTIFFS OF REMOVAL

TO:   Gregory B. McCain, Esq.
Law Offices of Gregory B. McCain, P.C.
204 N. Lena Street
P.O. Box 1331
Dothan, AL 36302

W. Todd Harvey, Esq.
Whatley Drake, L.L.C.
2323 2nd Avenue North
Birmingham, AL 35203

Please take notice that the Defendant, DaimlerChrysler Services North America LLC (hereinafter "DCS"), by and through its undersigned attorney, has this date filed the attached Notice of Removal in the United States District Court for the Middle District of Alabama, Southern Division, to remove the above-styled cause of action from the Circuit Court of Houston County, Alabama, to the United States District Court for the Middle District of Alabama, Southern Division. You are also advised that a true and correct copy of the Notice of Removal has been filed with Clerk of the Circuit Court of Houston County, Alabama, which has effectuated this removal.

DOCSBHM\1369363\1\

2

Copies of the Notices to the respective Courts are attached hereto.

*C. Lee Reeves*
C. Lee Reeves (Bar No. REEVESCL)
Attorney for Defendant
DaimlerChrysler Services North America LLC

**OF COUNSEL:**

**SIROTE & PERMUTT, P.C.**
2311 Highland Avenue South
Post Office Box 55727
Birmingham, AL 35255-5727
Tel.:  (205) 930-5100
Fax:  (205) 930-5335

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been served upon the following counsel for all parties to this proceeding by mailing a copy of same United States mail, properly addressed and first-class postage prepaid, this the 28th day of December 2005:

Gregory B. McCain, Esq.
Law Offices of Gregory B. McCain, P.C.
204 N. Lena Street
P.O. Box 1331
Dothan, AL  36302

W. Todd Harvey, Esq.
Whatley Drake, L.L.C.
2323 2nd Avenue North
Birmingham, AL  35203

David E. Rains, Esq.
Tanner & Guin LLC
2711 University Blvd.
P.O. Box 3206
Tuscaloosa, AL  35403-3206

Freightliner Trucks of Dothan, Inc.
c/o Thomas Bledsoe
105 Bayberry Lane
Dothan, AL  36305

_____
Of Counsel