IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DAVID T. & LELAND J. BARCHANOWICZ, | § § § |
| Plaintiffs, | § § |
| vs. | § CIVIL ACTION NO.: § 1:05-CV-1232-T § |
| FREIGHTLINER TRUCKS OF DOTHAN, INC., et al., | § § § |
| Defendants. | § § |

**DISCLOSURE STATEMENT**

COMES NOW Defendant Commercial Recovery Systems, Inc., pursuant to Rule 7.1 of the *Federal Rules of Civil Procedure*, and states the following:

Commercial Recovery Systems, Inc., a Texas corporation, is not owned by a parent company and there is no publicly held corporation that owns 10% or more of its stock.

Respectfully submitted this 29th day of December, 2005.

_____
David E. Rains  (ASB-2728-S81D)
Attorney for Commercial Recovery Systems, Inc.

OF COUNSEL:

Tanner & Guin, LLC
Capitol Park Center
2711 University Boulevard (35401-1465)
P. O. Box 3206
Tuscaloosa, Alabama  35403-3206
Telephone:  (205) 633-0200
Facsimile:  (205) 633-0290
www.tannerguin.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been served upon counsel for the parties by placing a true and exact copy of same in the U.S. Mail, postage prepaid and properly addressed, this the 29th day of December 2005, as follows:

Gregory B. McCain
Law Offices of Gregory B. McCain, P.C.
204 N. Lena Street
P.O. Box 1331
Dothan, Alabama 36302

W. Todd Harvey
Whatley Drake, L.L.C.
2323 2nd Avenue North
Birmingham, Alabama 35203

C. Lee Reeves
Sirote & Permutt, P.C.
2311 Highland Avenue South
Birmingham, Alabama  35205

Freightliner Trucks of Dothan, Inc.
c/o Thomas Bledsoe
105 Bayberry Lane
Dothan, Alabama 36305

_____
OF COUNSEL

225681.1/JW.cms