IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DAVID T. and LELAND J. BARCHANOWICZ, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) CASE NO. 1:05-CV-1232<br>) |
| FREIGHTLINER TRUCKS OF DOTHAN, INC., DAIMLERCHRYSLER SERVICES NORTH AMERICA LLC, et al., | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

**CORPORATE DISCLOSURE STATEMENT PURSUANT TO RULE 7.1, F.R.C.P.**

COMES the Defendant, DaimlerChrysler Financial Services Americas LLC, successor by merger to and formerly known as DaimlerChrysler Services North America LLC, successor by mergers to Mercedes-Benz Credit Corporation, and submits the following Corporate Disclosure Statement to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal.

Defendant avers that it is a private, non-governmental party and certifies that it has no subsidiaries and that it is wholly owned by its parent, DaimlerChrysler Corporation, which is wholly owned by its parent, DaimlerChrysler Motors Company LLC, which is wholly owned by its parent, DaimlerChrysler North America Holding Corporation, which is wholly owned by its parent, Daimler Chrysler AG, which is a publicly-held corporation incorporated under the laws of the Federal Republic of Germany. DaimlerChrysler North America Holding Corporation does have outstanding debt securities.

                                                <u>s/ C. Lee Reeves</u>
                                                C. Lee Reeves
                                                Attorney for Defendant
                                                DaimlerChrysler Financial Services
                                                Americas LLC

**OF COUNSEL:**

**SIROTE & PERMUTT, P.C.**
2311 Highland Avenue South
Post Office Box 55727
Birmingham, AL 35255-5727
Tel.:  (205) 930-5100
Fax:  (205) 930-5335

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of January 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following and I hereby certify that I have mailed by U.S. mail the foregoing to the following:

Gregory B. McCain, Esq.
Law Offices of Gregory B. McCain, P.C.
204 N. Lena Street
P.O. Box 1331
Dothan, AL 36302

W. Todd Harvey, Esq.
Whatley Drake, L.L.C.
2323 2nd Avenue North
Birmingham, AL 35203

David E. Rains, Esq.
Tanner & Guin LLC
2711 University Blvd.
P.O. Box 3206
Tuscaloosa, AL 35403-3206

and I hereby certify that I have mailed by U.S. mail the foregoing to the following non CM/ECF participant:

Freightliner Trucks of Dothan, Inc.
c/o Thomas Bledsoe
105 Bayberry Lane
Dothan, AL 36305

                                                                                s/ C. Lee Reeves
                                                                                Of Counsel