IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DAVID T. & LELAND J. BARCHANOWICZ, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | )    1:05cv1232-T |
| FREIGHTLINER TRUCKS OF DOTHAN, | ) |
| INC.; DAIMLERCHRYSLER SERVICES | ) |
| NORTH AMERICA LLC; COMMERCIAL | ) |
| RECOVERY SYSTEMS, INC.; and Fictitious | ) |
| Party Defendants "A" through "U," | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

COMES NOW the undersigned Anil A. Mujumdar of the law firm Whatley Drake, LLC, and hereby files notice of appearance as counsel for the plaintiffs David T. and Leland J. Barchanowicz. The undersigned counsel respectfully requests the Court and all parties to provide notice of all pleadings, motions and any other matters pertinent to this action.

          /s/  Anil A. Mujumdar
Anil A. Mujumdar
(amujumdar@whatleydrake.com)
One of the Attorneys for Plaintiffs

**OF COUNSEL:**

**WHATLEY DRAKE, LLC**
Post Office Box 10647
Birmingham, Alabama 35202-0647
Phone: (205) 328-9576
Fax:    (205) 328-9669

Gregory B. McCain, Esq.
Law Offices of Gregory B. McCain, P.C.
204 North Lena Street
P.O. Box 1331
Dothan, Alabama 36302

## CERTIFICATE OF SERVICE

I hereby certify that on this the 16th day of February, 2006, a copy of the foregoing was served on the following counsel via email and through regular, United States first class mail, properly addressed, and postage pre-paid:

David E. Rains, Esq.
Tanner & Guin, LLC
2711 University Blvd.
P.O. Box 3206
Tuscaloosa, Alabama 35403-3206
drains@tannerguin.com

C. Lee Reeves, Esq.
Sirote & Permutt, P.C.
2311 Highland Avenue South
Birmingham, Alabama 35205
lreeves@sirote.com

Dow T. Huskey, Esq.
P.O. Drawer 550
Dothan, Alabama 36302
dhuskey@huskeylaw.com

/s/ Anil A. Mujumdar
OF COUNSEL