# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

February 17, 2006

## NOTICE OF CORRECTION

**From:**               **Clerk's Office**

**Case Style:**         **David T. Barchanowicz, et al. v. Freightliner Trucks of Dothan, et al.**

**Case Number:**        **#1:05-cv-01232-MHT**

**Referenced Document:**   **Document #12**
                           **Notice of Appearance**

**This notice has been docketed to enter the corrected pdf into the record in the referenced case. The original pdf did not contain an electronic signature as required by Civil Administrative Procedure II-C. The corrected pdf is attached to this notice.**