IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DAVID T. and LELAND J. BARCHANOWICZ, )<br><br>Plaintiffs, )<br><br>v. )<br><br>FREIGHTLINER TRUCKS OF DOTHAN, INC., DAIMLERCHRYSLER SERVICES NORTH AMERICA LLC, et al., )<br><br>Defendants. ) | CASE NO. 1:05-CV-1232 |

## MOTION TO AMEND ANSWER

COMES the Defendant, DaimlerChrysler Financial Services Americas LLC, successor by merger to and formerly known as DaimlerChrysler Services North America LLC, successor by mergers to Mercedes-Benz Credit Corporation (hereinafter "DFS"), and moves this Court for an Order permitting the filing of the Amended Answer attached hereto as Exhibit "1." As grounds in support hereof, DFS avers as follows:

1. DFS has very recently become aware that the Plaintiff, David T. Barchanowicz, signed an arbitration agreement with the dealer, Freightliner Trucks of Dothan, Inc., when he leased the truck made the subject of this lawsuit. That arbitration agreement signed by the Plaintiffs would apply to the dispute in this case because Freightliner Trucks of Dothan assigned and transferred all of its rights and interests in and to that arbitration agreement and all other contract rights it had involved with the lease of the truck by David Barchanowicz to DFS at the time of the lease agreement made the subject of this lawsuit.

2. DFS is unable to find all of its files on the lease of the vehicle in this case to the Plaintiffs. As a result, the undersigned attorneys for DFS were unaware until very recently that there was a potential for arbitration of the dispute made the subject of this lawsuit against DFS, and thus did not plead arbitration as an affirmative defense in its Answer to the Complaint.

3. The attached proposed amendment to the Answer of DFS contains one additional affirmative defense, i.e. that the complaint is barred in this forum because of the arbitration agreement which has been assigned to DFS.

4. Because no discovery has been taken by any party in this case, and this case has just recently been filed, no prejudice will result to any party if the court grants the motion of DFS to permit it to amend its answer to add the defense of arbitration.

WHEREFORE, DFS prays that this Court will enter an order granting DFS's motion to permit amendment to complaint and allow DFS to file the Amended Answer attached hereto as Exhibit "1."

s/ C. Lee Reeves
C. Lee Reeves
Attorney for Defendant
DaimlerChrysler Financial Services
Americas LLC

**OF COUNSEL:**

**SIROTE & PERMUTT, P.C.**
2311 Highland Avenue South
Post Office Box 55727
Birmingham, AL 35255-5727
Tel.:  (205) 930-5100
Fax:  (205) 930-5335

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of March 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following and I hereby certify that I have mailed by U.S. mail the foregoing to the following:

Gregory B. McCain, Esq.
Law Offices of Gregory B. McCain, P.C.
204 N. Lena Street
P.O. Box 1331
Dothan, AL 36302

W. Todd Harvey, Esq.
Whatley Drake, L.L.C.
2323 2nd Avenue North
Birmingham, AL 35203

David E. Rains, Esq.
Tanner & Guin LLC
2711 University Blvd.
P.O. Box 3206
Tuscaloosa, AL 35403-3206

Dow T. Huskey, Esq.
Law Offices of Dow T. Huskey
P.O. Drawer 550
Dothan, AL 36302

                                                  s/ C. Lee Reeves
                                                  Of Counsel