IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| **DAVID T. BARCHANOWICZ** and **LELAND J. BARCHANOWICZ**, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | CIVIL ACTION NO. 1:05cv1232-MHT |
| **FREIGHTLINER TRUCKS OF DOTHAN, INC.**, et al., ) ) ) | |
| Defendants. ) | |

ORDER

It is ORDERED that the motion to amend answer (doc. no. 15) is granted. The court assumes that the other parties have no objections to the allowance of the amendment; however, if they do, they must file the objection within seven days from the date of this order.

DONE, this the 20th day of March, 2006.

                /s/ Myron H. Thompson
          UNITED STATES DISTRICT JUDGE