IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| DAVID T. BARCHANOWICZ and ) | |
| LELAND J. BARCHANOWICZ, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 1:05cv1232-MHT |
| ) | |
| FREIGHTLINER TRUCKS OF ) | |
| DOTHAN, INC., et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

It is ORDERED that plaintiffs' objection (doc. no. 17) is overruled. By allowing the amended answer, the court has not passed on the merits of any assertion contained in the answer.

DONE, this the 28th day of March, 2006.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE