IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DAVID T. BARCHANOWICZ and LELAND J. BARCHANOWICZ, | ) ) ) | |
| PLAINTIFFS, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 1:05CV1232-MHT |
| FREIGHTLINER TRUCKS OF DOTHAN, INC.; DAIMLERCHRYSLER SERVICES NORTH AMERICA LLC; COMMERCIAL RECOVERY SYSTEMS, INC.; and Fictitious Party Defendants "A" through "U" | ) ) ) ) ) ) ) | |
| DEFENDANTS. | ) | |

## STIPULATION OF DISMISSAL

COME NOW, David T. Barchanowicz and Leland J. Barchanowicz, Plaintiffs in the above-styled cause and Freightliner Trucks of Dothan, Inc., one of the Defendants in said cause, by and through their respective attorneys, and, pursuant to Rule 41(a)(1), *Fed. R.Civ.Proc.*, file this Notice of Dismissal with prejudice of Freightliner Trucks of Dothan, Inc. from this action.


    /s/ Gregory B. McCain
One of the Attorneys for Plaintiffs

OF COUNSEL:

Law Offices of Gregory B. McCain, P.C.
P. O. Box 1331
Dothan, Alabama 36302
(334) 673-8522 Phone
(334) 673-1422 Fax

W. Todd Harvey
Anil A. Mujumdar
Whatley Drake, LLC
P. O. Box 10647
Birmingham, Alabama 35202-0647
(205) 328-9576 Phone
(205) 328-9669 Fax

          /s/ Dow T. Huskey
          Attorney for Defendant
          Freightliner Trucks of Dothan, Inc.

OF COUNSEL:

P. O. Drawer 550
Dothan, Alabama 36302
(334) 794-3366 Phone
(334) 794-7292 Fax

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of March, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing on all counsel listed below:

C. Lee Reeves, Esq.
Sirote & Permutt, P.C.
P. O. Box 55727
Birmingham, AL 35255-5727

David E. Rains, Esq.
Tanner & Guin, LLC
P. O. Box 3206
Tuscaloosa, AL 35403

          /s/ Gregory B. McCain
          OF COUNSEL