IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
DAVID T. BARCHANOWICZ and    )
LELAND J. BARCHANOWICZ,      )
                             )
    Plaintiffs,              )
                             )    CIVIL ACTION NO.
    v.                       )    1:05cv1232-MHT
                             )         (WO)
FREIGHTLINER TRUCKS OF       )
DOTHAN, INC., et al.,        )
                             )
    Defendants.              )
```

## JUDGMENT

Pursuant to the stipulation for dismissal (doc. no. 19), it is the ORDER, JUDGMENT, and DECREE of the court that defendant Freightliner Trucks of Dothan, Inc., is dismissed with prejudice.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 30th day of March, 2006.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE