IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DAVID T. & LELAND J. BARCHANOWICZ, § § § Plaintiffs, § § vs. § § § FREIGHTLINER TRUCKS OF § DOTHAN, INC., et al., § § Defendants. § | CIVIL ACTION NO.: 1:05-CV-1232-T |

NOTICE OF APPEARANCE

COMES NOW Justin G. Williams of the law firm of Tanner & Guin, LLC, and gives notice of his appearance as counsel for Commercial Recovery Systems, Inc.

Respectfully submitted this 17th day of May 2006.

                                        */s/ Justin G. Williams*
                                        Justin G. Williams (ASB-8437-N60W)
                                        Attorney for Defendant Commercial
                                            Recovery Systems, Inc.

**OF COUNSEL:**
TANNER & GUIN, LLC
Counselors at Law
Capitol Park Center
2711 University Boulevard (35401-1465)
P. O. Box 3206
Tuscaloosa, Alabama  35403-3206
Telephone:  (205) 633-0218
Facsimile:  (205) 633-0318
www.tannerguin.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing pleading has been served electronically upon the parties or counsel for the parties, this the 17th day of May, as follows:

C. Lee Reeves, Esq.
Sirote and Permutt, P.C.
2311 Highland Avenue South
Birmingham, AL  35205

Dow T. Huskey, Esq.
P.O. Drawer 550
Dothan, AL  36302

W. Todd Harvey
Whatley Drake, LLC
2323 2nd Avenue North
Birmingham, AL  35203

Gregory B. McCain, Esq.
Law Offices of Gregory B. McCain, P.C.
204 North Lena Street
P.O. Box 1331
Dothan, AL  36302

                                        */s/ Justin G. Williams*
                                        OF COUNSEL