IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DAVID T. & LELAND J. BARCHANOWICZ, <br><br> Plaintiffs, <br><br> vs. <br><br><br> FREIGHTLINER TRUCKS OF DOTHAN, INC., et al., <br><br> Defendants. | § § § § § § § § § § § § § § CIVIL ACTION NO.: 1:05-CV-1232-T |

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW David E. Rains and moves this Court to allow his withdrawal as counsel for Defendant Commercial Recovery Systems, Inc. (hereinafter "Defendant") in this matter. As grounds therefore, David E. Rains would show as follows:

1) David E. Rains has resigned his position with Tanner & Guin LLC;

2) Justin G. Williams with the law firm of Tanner & Guin, LLC continues to represent Defendant in this matter; and

3) Granting this motion will not unduly prejudice any party to this action.

WHEREFORE, David E. Rains respectfully requests that this Court grant this motion to allow withdrawal.

                                               David E. Rains    (ASB-2728-S81D)
                                               Attorney for Defendant Commercial Recovery Systems, Inc.

<u>OF COUNSEL</u>:
TANNER & GUIN, LLC
Counselors at Law
Capitol Park Center
2711 University Boulevard (35401-1465)
P. O. Box 3206
Tuscaloosa, Alabama  35403-3206
Telephone:  (205) 633-0236
Facsimile:  (205) 633-0336

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing pleading has been served electronically upon the parties or counsel for the parties, this the ___17th___ day of May, as follows:

C. Lee Reeves, Esq.
Sirote and Permutt, P.C.
2311 Highland Avenue South
Birmingham, AL  35205

Dow T. Huskey, Esq.
P.O. Drawer 550
Dothan, AL  36302

W. Todd Harvey
Whatley Drake, LLC
2323 2nd Avenue North
Birmingham, AL  35203

Gregory B. McCain, Esq.
Law Offices of Gregory B. McCain, P.C.
204 North Lena Street
P.O. Box 1331
Dothan, AL  36302

_____
OF COUNSEL

230608.1/MMB.mmb