IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
DAVID T. BARCHANOWICZ and   )
LELAND J. BARCHANOWICZ,     )
                            )
    Plaintiffs,             )
                            )       CIVIL ACTION NO.
    v.                      )       1:05cv1232-MHT
                            )
FREIGHTLINER TRUCKS OF      )
DOTHAN, INC., et al.,       )
                            )
    Defendants.             )
```

ORDER

It is ORDERED that the motion to withdraw (doc. no. 24) is granted.

DONE, this the 22nd day of May, 2006.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**