# EXHIBIT "1"

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DAVID T. and LELAND J. BARCHANOWICZ, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) CASE NO. 1:05-cv1232-MHT ) |
| FREIGHTLINER TRUCKS OF DOTHAN, INC., DAIMLERCHRYSLER SERVICES NORTH AMERICA LLC, et al., | ) ) ) ) |
| Defendants. | ) ) |

## ORDER

All of the parties to this case having moved this Court to allow each of them to participate in the mediation process of this Court without in any way prejudicing or waiving each party's respective rights and positions with respect to the pending Motion to Compel Arbitration and for Stay previously filed in this Court by the Defendant, DaimlerChrysler Financial Services Americas LLC, and it appearing to the Court that the Motion should be granted, it is hereby

ORDERED, ADJUDGED, and DECREED as follows:

1. The parties to this case are ordered to mediate their disputes and claims in this case through the Court Annexed Mediation procedure under Local Rule 16.2.

2. The participation in this mediation process under Local Rule 16.2 shall not affect, waive, or prejudice each party's legal position with respect to the pending Motion to Compel Arbitration and for Stay heretofore filed by the Defendant, DaimlerChrysler Financial Services Americas LLC.

      3.      The parties shall contact the Office of _____ to begin the mediation process under Local Rule 16.2.

      DONE this _____ day of _____, 2006.

s/ Myron H. Thompson_____
UNITED STATES DISTRICT JUDGE