IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
DAVID T. BARCHANOWICZ and   )
LELAND J. BARCHANOWICZ,     )
                            )
    Plaintiffs,             )
                            )     CIVIL ACTION NO.
    v.                      )     1:05cv1232-MHT
                            )
FREIGHTLINER TRUCKS OF      )
DOTHAN, INC., et al.,       )
                            )
    Defendants.             )
```

ORDER

It is ORDERED that the joint motion to mediate (doc. no. 26) is granted and this cause is referred to United States Magistrate Judge Vanzetta Penn McPherson for mediation.

DONE, this the 29th day of June, 2006.

                                           /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE