IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DAVID T. AND LELAND J. BARCHANOWICZ, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | CASE NO.: 1:05-CV-1232-MHT |
| FREIGHTLINER TRUCKS OF DOTHAN, INC., DAIMLERCHRYSLER SERVICES NORTH AMERICA LLC, ET AL., | ) ) ) ) ) | |
| Defendants. | ) | |

NOTICE
CONCERNING SETTLEMENT CONFERENCE
AND MEDIATION

As the court is aware, the parties in this case participated in a face-to-face mediation with Judge Vanzetta P. McPherson on August 11, 2006. This mediation, unfortunately, was not successful and this case remains at issue. Furthermore, these proceedings appear to be stalled by the defendants' decision to not respond to discovery requests until the court rules on their motion to compel arbitration which is currently pending before the court.

                                      Respectfully submitted,

                                      */s/ Gregory B. McCain*
                                      Gregory B. McCain, Esq.
                                      Counsel for Plaintiffs

OF COUNSEL:
Law Offices of Gregory B. McCain, P.C.
P. O. Box 1331
Dothan, AL 36302
Tele: (334) 673-8522
Fax: (334) 673-1422

CERTIFICATE OF SERVICE

I do hereby certify that on the 10th day of October, 2006, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system which will send notification of such filing to the following:

Anil A. Mujumdar, Esq.
W. Todd Harvey, Esq.
Whatley Drake, LLC
P. O. Box 10647
Birmingham, AL 35202-0647

C. Lee Reeves, Esq.
Sirote & Permutt, P.C.
P. O. Box 55727
Birmingham, AL 35255

Justin G. Williams, Esq.
Tanner & Guin, LLC
P. O. Box 3206
Tuscaloosa, AL 35403

                                        */s/ Gregory B. McCain*
                                        Of Counsel