IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DAVID T. and LELAND J. BARCHANOWICZ, ) ) ) Plaintiffs, ) ) v. ) ) FREIGHTLINER TRUCKS OF DOTHAN, ) INC., DAIMLERCHRYSLER SERVICES ) NORTH AMERICA LLC, et al., ) ) Defendants. ) | CASE NO. 1:05-CV-1232 |

## NOTICE OF APPEARANCE

COMES NOW Anthony R. Smith of the law firm of Sirote & Permutt, P.C., and gives notice of his appearance as additional counsel of record for DaimlerChrysler Financial Services Americas LLC f/k/a DaimlerChrysler Services North America LLC, one of the Defendants in this matter, and requests that the Court and counsel for all parties to provide the undersigned with copies of all future notices, correspondence, and pleadings.

                                                          /s/ Anthony R. Smith
                                                          Anthony R. Smith
                                                          Attorney for Defendant
                                                          DaimlerChrysler Financial Services
                                                          Americas LLC

**OF COUNSEL:**

**SIROTE & PERMUTT, P.C.**
2311 Highland Avenue South
Post Office Box 55727
Birmingham, AL 35255-5727
Tel.:   (205) 930-5100
Fax:   (205) 930-5335

DOCSBHM\1445223\1\

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of November 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Gregory B. McCain, Esq.
Law Offices of Gregory B. McCain, P.C.
204 N. Lena Street
P.O. Box 1331
Dothan, AL 36302

W. Todd Harvey, Esq.
Whatley Drake, L.L.C.
2323 2nd Avenue North
Birmingham, AL 35203

Justin G. Williams, Esq.
Tanner & Guin LLC
Capitol Park Center
2711 University Blvd.
P.O. Box 3206
Tuscaloosa, AL 35403-3206

          s/ Anthony R. Smith
          Of Counsel