IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DAVID T. and LELAND J. BARCHANOWICZ, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) )   CASE NO. 1:05-CV-1232 |
| FREIGHTLINER TRUCKS OF DOTHAN, INC., DAIMLERCHRYSLER SERVICES NORTH AMERICA LLC, et al., | ) ) ) ) |
| Defendants. | ) ) |

**MOTION FOR LEAVE TO FILE REPLY TO OPPOSITION TO MOTION TO COMPEL ARBITRATION**

COMES NOW DaimlerChrysler Financial Services Americas LLC f/k/a DaimlerChrysler Services North America LLC ("DFS"), one of the Defendants in this matter, and files this Motion For Leave To File Reply To Opposition To Motion To Compel Arbitration. In support thereof, these Movants represent unto this Court as follows:

1. On or about May 1, 2006, DFS filed a Motion to Compel Arbitration.

2. On November 3, 2006, the Plaintiffs filed an Opposition to DFS's Motion to Compel Arbitration. See Plaintiffs' Opposition to Motion to Compel Arbitration.

3. Although this Court did not set a briefing schedule on DFS's Motion to Compel Arbitration, DFS requests an opportunity to reply to the arguments raised in the Plaintiff's Opposition thereto.

DOCSBHM\1446670\1\

                s/ C. Lee Reeves
                C. Lee Reeves
                s/ Anthony R. Smith
                Attorneys for Defendant
                DaimlerChrysler Financial Services
                Americas LLC

**OF COUNSEL:**

**SIROTE & PERMUTT, P.C.**
2311 Highland Avenue South
Post Office Box 55727
Birmingham, AL 35255-5727
Tel.: (205) 930-5100
Fax: (205) 930-5335

## CERTIFICATE OF SERVICE

   I hereby certify that on the 13th day of November 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Gregory B. McCain, Esq.
Law Offices of Gregory B. McCain, P.C.
204 N. Lena Street
P.O. Box 1331
Dothan, AL  36302

W. Todd Harvey, Esq.
Anil A. Mujumdar, Esq.
Whatley Drake, L.L.C.
2323 2nd Avenue North
Birmingham, AL  35203

David E. Rains, Esq.
Tanner & Guin LLC
2711 University Blvd.
P.O. Box 3206
Tuscaloosa, AL  35403-3206

                s/ C. Lee Reeves
                Of Counsel