IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DAVID T. & LELAND J. BARCHANOWICZ,** § § § | |
| Plaintiffs, § § | |
| vs. § § | CIVIL ACTION NO.: **1:05-CV-1232-T** |
| § § | |
| **FREIGHTLINER TRUCKS OF DOTHAN, INC., et al.,** § § § | |
| Defendants. § | |

## COMMERCIAL RECOVERY SYSTEMS, INC'S
## NOTICE OF CONSENT TO MOTION TO COMPEL ARBITRATION

COMES NOW Defendant Commercial Recovery Systems, Inc. ("CRS"), and joins in Defendant DaimlerChrysler Financial Services Americas LLC's (formerly known as DaimlerChrysler Services North America LLC, herein referred to as "DCFS") Motion to Compel Arbitration and Motion for Stay or for Dismissal of These Proceedings filed on May 1, 2006. CRS does hereby join, consent to, and adopt by reference DCFS's arguments in support of arbitration.

*/s/ Justin G. Williams*
Justin G. Williams
Attorney for Defendant
Commercial Recovery Systems, Inc.

**OF COUNSEL:**

Tanner & Guin, LLC
COUNSELORS AT LAW

Capitol Park Center
2711 University Boulevard (35401-1465)
P. O. Box 3206
Tuscaloosa, Alabama 35403-3206
Telephone (205) 633-0218
Facsimile (205) 633-0318
www.tannerguin.com

1

**CERTIFICATE OF SERVICE**

I hereby certify that on 15th day of November 2006, a copy of the forgoing has been served electronically upon counsel for the parties as follows:

C. Lee Reeves
Anthony R. Smith
Sirote and Permutt, P.C.
2311 Highland Avenue South
Birmingham, AL  35205

Anil A. Mujumdar
W. Todd Harvey
Whatley Drake & Kallas, LLC
2323 2nd Avenue North
Birmingham, AL  35203

Gregory B. McCain
Law Offices of Gregory B. McCain, P.C.
204 North Lena Street
P.O. Box 1331
Dothan, AL  36302


*/s/ Justin G. Williams*
OF COUNSEL

237424.1/JW.wmp

2