IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| DAVID T. BARCHANOWICZ and )<br>LELAND J. BARCHANOWICZ, )<br>)<br>   Plaintiffs, )<br>)<br>   v. )<br>)<br>FREIGHTLINER TRUCKS OF )<br>DOTHAN, INC., et al., )<br>)<br>   Defendants. ) | CIVIL ACTION NO.<br>1:05cv1232-MHT<br>(WO) |

**JUDGMENT**

In accordance with the joint notice of arbitration (doc. no. 40), it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The joint motion to stay proceedings (doc. no. 40) is granted.

(2) The parties are to arbitrate in accordance with their agreement in the joint notice of arbitration (doc. no. 40).

(3) The proceedings in this case are stayed pending arbitration.

It is further ORDERED that all other pending motions are denied as moot.

The clerk of the court is DIRECTED to close this case administratively.

DONE, this the 5th day of January, 2007.

      /s/ Myron H. Thompson
   **UNITED STATES DISTRICT JUDGE**