# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### SOUTHERN DIVISION

DAVID T. & LELAND J. BARCHANOWICZ,  )
)
    **Plaintiffs,**  )
)
v.  )    **CIVIL ACTION NO.**
)    **1:05cv1232-MHT**
FREIGHTLINER TRUCKS OF DOTHAN,  )
INC.; DAIMLERCHRYSLER SERVICES  )
NORTH AMERICA LLC; COMMERCIAL  )
RECOVERY SYSTEMS, INC.; and Fictitious  )
Party Defendants "A" through "U,"  )
)
    **Defendants**.  )

## MOTION TO WITHDRAW AS COUNSEL FOR THE PLAINTIFF

COMES NOW Anil A. Mujumdar of the law firm of Whatley Drake & Kallas, LLC, and moves that he and the firm be allowed to withdraw as counsel for the Plaintiff in this matter. In support of this Motion, the Movant would show that W. Todd Harvey of the law firm of Burke, Harvey & Frankowski, LLC, and Gregory B. McCain of the Law Offices of Gregory B. McCain, P.C., will continue to represent the Plaintiff and previously have entered appearances on behalf of the Plaintiff in this matter. Movant has spoken with Plaintiff's counsel Gregory B. McCain who has no objection to this Motion. Movant does not request oral argument on this Motion and respectfully submits that no oral argument is necessary.

WHEREFORE, premises considered, Anil A. Mujumdar of the law firm of Whatley Drake & Kallas, LLC, respectfully requests that this Court sign the attached proposed order and allow the Movant to withdraw as counsel for the Plaintiff in this matter.

Done this 10th day of April, 2007.

Respectfully Submitted,


/s/ Anil A. Mujumdar
Anil A. Mujumdar
**WHATLEY DRAKE & KALLAS, LLC**
2001 Park Place North, Suite 1000
Birmingham, AL  35203
P.O. Box 10647
Birmingham, AL 35202-0647
Telephone:  (205) 328-9576
Facsimile:  (205) 328-9669
Email:      ecf@whatleydrake.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following to all counsel of record.

Gregory B. McCain, Esq.
Law Offices of Gregory B. McCain, P.C.
204 North Lena Street
P.O. Box 1331
Dothan, Alabama 36302
Telephone:    (334) 673-8522
Facsimile:    (334) 673-1422
gmccain@graceba.net

Justin G. Williams, Esq.
TANNER & GUIN, LLC
2711 University Blvd.
P.O. Box 3206
Tuscaloosa, Alabama 35403-3206
jwilliams@tannerguin.com

C. Lee Reeves, Esq.
Anthony Smith, Esq.
SIROTE & PERMUTT, P.C.
2311 Highland Avenue South
Birmingham, Alabama 35205
lreeves@sirote.com
tsmith@sirote.com

W. Todd Harvey, Esq.
BURKE, HARVEY & FRANKOWSKI, LLC
2151 Highland Avenue, Suite 120
Birmingham, Alabama 35205
tharvey@bhflegal.com

/s/ Anil A. Mujumdar
Of Counsel

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **DAVID T. & LELAND J. BARCHANOWICZ,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO.** |
| | ) | **1:05cv1232-MHT** |
| **FREIGHTLINER TRUCKS OF DOTHAN,** | ) | |
| **INC.; DAIMLERCHRYSLER SERVICES** | ) | |
| **NORTH AMERICA LLC; COMMERCIAL** | ) | |
| **RECOVERY SYSTEMS, INC.; and Fictitious** | ) | |
| **Party Defendants "A" through "U,"** | ) | |
| | ) | |
| **Defendants**. | ) | |

## ORDER

This matter is before the Court on the Motion to Withdraw as Counsel for the Plaintiff filed by Anil A. Mujumdar of the law firm of Whatley Drake & Kallas, LLC. Having considered the relevant facts, this Court finds that the Motion is well taken.

Therefore, it is hereby **ORDERED** that Anil A. Mujumdar and the law firm of Whatley Drake & Kallas, LLC are hereby allowed to withdraw as counsel for the Plaintiff in this case, and that the Plaintiff will hereafter be represented by attorneys W. Todd Harvey and Gregory B. McCain.

DONE and ORDERED this the ___ . day of _____, 2007.

_____
DISTRICT JUDGE