IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| DAVID T. BARCHANOWICZ and<br>LELAND J. BARCHANOWICZ,<br><br>   Plaintiffs,<br><br>   v.<br><br>FREIGHTLINER TRUCKS OF<br>DOTHAN, INC., et al.,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)   CIVIL ACTION NO.<br>)   1:05cv1232-MHT<br>)<br>)<br>)<br>)<br>) |

ORDER

It is ORDERED that the motion to withdraw (Doc. No. 42) is granted.

DONE, this the 11th day of April, 2007.

　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　UNITED STATES DISTRICT JUDGE