IN THE UNITED STATES DISTRICT COUT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DAVID T. & LELAND J. BARCHANOWICZ, ) ) ) Plaintiffs, ) ) v. ) ) FREIGHTLINER TRUCKS OF ) DOTHAN, INC.; DAIMLER ) CHRYSLER SERVICES NORTH ) AMERICA LLC; COMMERICAL ) RECOVERY SYSTEMS, INC.; and ) Fictitious Party Defendants "A" through ) "U" ) ) Defendants. ) | CV 1:05cv1232-T |

## NOTICE OF CHANGE OF ADDRESS

YOU ARE HEREBY NOTIFIED that the address of Todd Harvey has changed to the following:

>Todd Harvey
>Burke, Harvey & Frankowski, LLC
>One Highland Place
>2151 Highland Avenue, Suite 120
>Birmingham, AL 35205
>Tel: 205-930-9091
>Fax: 205-930-9054
>tharvey@bhflegal.com

Respectfully submitted,

/s/ Todd Harvey
W. Todd Harvey
Attorney for Plaintiff

**OF COUNSEL:**

1

Todd Harvey
**Burke, Harvey & Frankowski, LLC**
One Highland Place
2151 Highland Avenue, Suite 120
Birmingham, AL 35205
Telephone: (205) 930-9091
Facsimile: (205) 930-9054
tharvey@bhflegal.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 11, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following to all counsel of record.

Gregory B. McCain, Esq.
Law Offices of Gregory B. McCain, PC
204 North Lena Street
P.O. Box 1331
Dothan, Alabama 36302
gmccain@graceba.net

Justin G. Williams, Esq.
TANNER & GUIN, LLC
2711 University Blvd.
P.O. Box 3206
Tuscaloosa, AL 35403-3206
jwilliams@tannerguin.com

C. Lee Reeves, Esq.
Anthony Smith, Esq.
SIROTE & PERMUTT, P.C.
2311 Highland Avenue South
Birmingham, AL 35205
lreeves@sirote.com
tsmith@sirote.com

/s/ Todd Harvey
OF COUNSEL