IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DAVID T. AND LELAND J. BARCHANOWICZ, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | CASE NO.:   1:05-CV-1232-MHT |
| FREIGHTLINER TRUCKS OF DOTHAN, INC.; DAIMLERCHRYSLER SERVICES NORTH AMERICA LLC; and COMMERCIAL RECOVERY SYSTEMS, | ) ) ) ) ) ) | |
| Defendants. | ) | |

PLAINTIFFS' MOTION TO DISMISS

COME NOW the Plaintiffs, by and through their undersigned attorney, and request this Honorable Court to dismiss this cause of action, with prejudice, for that the parties in this case have reached a settlement.

WHEREFORE, the Plaintiffs pray that this Honorable Court will dismiss this cause of action, with prejudice.

Respectfully submitted,

/s/ Gregory B. McCain
Gregory B. McCain
Attorney for Plaintiffs

OF COUNSEL:
Law Offices of Gregory B. McCain, P.C.
P. O. Box 1331
Dothan, AL 36302
Telephone: (334) 673-8522
Facsimile: (334) 673-1422
gmccain@graceba.net

CERTIFICATE OF SERVICE

      I do hereby certify that on the 19th day of May, 2008, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system which will send notification of such filing to the following:

W. Todd Harvey, Esq.
Burke, Harvey & Frankowski, LLC
One Highland Place
2151 Highland Avenue, Suite 120
Birmingham, AL 35205
tharvey@bhflegal.com

Justin G. Williams, Esq.
Tanner & Guin, LLC
2711 University Blvd.
P. O. Box 3206
Tuscaloosa, AL 35403-3206
jwilliams@tannerguin.com

C. Lee Reeves, Esq.
Anthony Smith, Esq.
Sirote & Permutt, P.C.
2311 Highland Avenue South
P. O. Box 55727
Birmingham, AL 35255-5727
lreeves@sirote.com
tsmith@sirote.com


                                        /s/ Gregory B. McCain
                                        Of Counsel