IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

DAVID T. BARCHANOWICZ and    )
LELAND J. BARCHANOWICZ,       )
                              )
    Plaintiffs,               )
                              )        CIVIL ACTION NO.
    v.                        )        1:05cv1232-MHT
                              )            (WO)
FREIGHTLINER TRUCKS OF        )
DOTHAN, INC., et al.,         )
                              )
    Defendants.               )

## JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court that plaintiffs' motion to dismiss (doc. no. 45) is granted and that this cause is dismissed in its entirety with prejudice.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 20th day of May, 2008.

        /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE